# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**JAMES VERNON RICKS, JR.**  PLAINTIFF

v.  No. 4:10CV00033-WAP-DAS

**CITY OF WINONA, ET AL.**  DEFENDANTS

## ORDER

Before the court is the City of Winona's Motion to Compel (# 48). Defendants Winona-Montgomery Airport, Winona-Montgomery Board, Jan Bailey, Jewell Harrison, Jim Corban, Brent Richardson, Clifford Dance, Cecil Austin, Eugene Hathcock, and Jimmy Hayward have filed their Joinder (# 51) to the City's motion. The plaintiff has not responded to the motion. Accordingly, the City's motion to compel is hereby GRANTED as unopposed. Within 14 calendar days of this date, the plaintiff shall provide a detailed index and description of the documents and audio recordings he produced on computer discs to the defendants. The plaintiff shall also supplement his initial disclosures to comply with FED. R. CIV. P. 26(a)(1)(A)(i) with respect to specific names of the persons he has disclosed and what relevant knowledge they possess. Finally, the plaintiff shall supplement his responses to the defendants' written discovery requests, responding to each individual request and specifically identifying the particular documents that are responsive to each request.

FURTHER, in accordance with Rule 37, the plaintiff's counsel is hereby ordered to pay the City's reasonable expenses, including attorney fees, incurred in prosecuting the instant motion. The City's counsel shall file an affidavit of fees and expenses within 7 days of this date. The plaintiff shall have 5 days from the filing of defense counsel's affidavit to file any response.

SO ORDERED this 21st day of January, 2011.

/s/ David A. Sanders
U. S. Magistrate Judge