IN THE UNITED STATES DISTRICT COURT OF THE
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JAMES VERNON RICKS, JR.**                                                      **PLAINTIFF**

**VS.**                             **CASE N0.: 3:11-CV-39-WAP-DAS**

**CITY OF WINONA, ET AL.**                                                **DEFENDANTS**

### ORDER

This matter is before the court on the motion of the defendant, City of Winona, to quash the deposition of Jimmy Hayward noticed for April 21, 2011 (# 71). The current discovery deadline in this action is currently March 31, 2011 and the dispositive motions deadline is April 15, 2011. In light of the current deadlines the court finds the motion to be well taken.

IT IS, THEREFORE, ORDERED that the defendant's motion to quash (#71) is hereby GRANTED.

SO ORDERED, this the 31st day of March 2011.

                                                                      /s/ David A. Sanders
                                                                      UNITED STATES MAGISTRATE JUDGE